**Appeal Dismissed and Memorandum Opinion filed January 10, 2023.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-22-00775-CR

### JOSHUA J. SCOTT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 453rd District Court**
**Hays County, Texas**
**Trial Court Cause No. CR-17-1315-D**

### MEMORANDUM OPINION

This is an attempted interlocutory appeal. Generally, an appellate court only has jurisdiction to consider an appeal by a criminal defendant where there has been a final judgment of conviction. *Workman v. State*, 170 Tex. Crim. 621, 343 S.W.2d 446, 447 (1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). The record before this court does not contain a separately appealable order. Because this appeal does not fall within the exceptions to the

general rule that appeal may be taken only from a final judgment of conviction, we have no jurisdiction.

On December 19, 2022, this court notified the parties that the appeal was subject to being dismissed for lack of jurisdiction unless any party filed a response demonstrating that the court has jurisdiction. No response has been received. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).